IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Victor

Printed: 10/7/08

Case Number: 08 B 19683
Judge: Hollis, Pamela S
Filed: 7/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: October 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 7,957.38 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 273.57 | 0.00 |
| 4. | Sprint PCS | Unsecured | 223.53 | 0.00 |
| 5. | Department Of Revenue | Unsecured | 381.60 | 0.00 |
| 6. | Village Of Matteson | Unsecured | 684.00 | 0.00 |
| 7. | Wachovia Dealer Services | Unsecured | 1,848.19 | 0.00 |
| 8. | Palos Community Hospital | Unsecured | 427.11 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 494.28 | 0.00 |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
| 11. | Direct Tv | Unsecured |  | No Claim Filed |
| 12. | Economy Interiors | Unsecured |  | No Claim Filed |
| 13. | Guaranty Bank | Unsecured |  | No Claim Filed |
| 14. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 15. | Pales Community Hospital | Unsecured |  | No Claim Filed |
| 16. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Providian National Bank | Unsecured |  | No Claim Filed |
| 19. | Resurrection Health Care | Unsecured |  | No Claim Filed |
| 20. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 21. | Village Of Oak Park | Unsecured |  | No Claim Filed |
| 22. | Southwest Urology | Unsecured |  | No Claim Filed |
| 23. | T Mobile USA | Unsecured |  | No Claim Filed |
| 24. | Universal Casualty Co | Unsecured |  | No Claim Filed |
| 25. | Village Of Matteson | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harris, Victor | Case Number: 08 B 19683 |
| | Judge: Hollis, Pamela S |
| Printed: 10/7/08 | Filed: 7/30/08 |

| | | | |
|---|---|---|---|
| 26. Village Of Bellwood | Unsecured | | No Claim Filed |
| 27. West Suburban Hospital | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 12,289.66 | $ 0.00 |

TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____